# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

MAR 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  J. HELLINGS
    DEPUTY CLERK

|   |   |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Homer Serrano ) | 07-0212 AWI |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Homero Serrano_____, have discussed with _____Jacob M. Scott_____, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the following condition: Participate in the **HOME DETENTION** component of the home confinement program and abide by all the requirements of the program which will include electronic monitoring, at your own expense. You are restricted to your residence at all times except for employment; education; religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services office or the supervising officer. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    3/5-08          _____    3/4/08
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                      3/5/08
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                      3-05-08
Signature of Defense Counsel               Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  3/5/08
☐ The above modification of conditions of release is *not* ordered.

_____                      3/5/08
Signature of Judicial Officer              Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services