Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone: (559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant, HOMERO SERRANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HOMERO SERRANO ) <br> ) <br> Defendants. ) <br> ) <br> _____) | CASE NO. 1:07-cr-00212 AWI (002) <br><br> STIPULATED APPLICATION FOR ORDER MODIFYING ORDER SETTING CONDITIONS OF RELEASE AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |

    Defendant, HOMERO SERRANO, hereby moves this court for an order setting conditions of release signed by U.S. Magistrate Judge Sandra Snyder on August 29, 2007, which required the posting of a total equity property bond of $ 100,000 secured by property owned by Luciano Serrano and Maria Serrano. Such bond was posted with the court on or about October 2007.  Since that time the value of the property has depreciated to an amount that the property has an approximate $ 100,000 negative equity. Luciano Serrano and Maria Serrano wish to avoid a formal foreclosure by allowing a short sale to the third party who will assume the obligations owed under the mortgage.  No equity will be paid to the Sellers.  The short sale will be handled by Mission Mortgage

and Realty of Central Valley.

Since Defendant HOMERO SERRANO's release on the property bond 16 months ago, he has appeared at all ten (10) court appearances, along with his other family members who are charged in this case.

Pretrial Service Officer Jacob Scott has supervised Homero Serrano during this time and he does not believe the Defendant is a flight risk. Mr. Scott is not opposed to this request.

Assistant U.S. Attorney Kevin Rooney is assigned to this case and he is not opposed to this request.

Therefore, it is requested that the court modify the conditions of release to delete the requirement of the posting of a real property bond and that the Court exonerate the property bond posted by Luciano and Maria Serrano.

Dated: February 1, 2009         Respectfully submitted,
                                FLETCHER & FOGDERUDE, INC.


                                /s/ Eric K. Fogderude

Dated: February 1, 2009          /s/ Kevin Rooney
                                Assistant US Attorney

ORDER

IT IS HEREBY ORDERED that the conditions of release be modified to delete the requirement of a posting of a real property equity bond and that the property bond in the above captioned case be exonerated and title to the real property be reconveyed to Luciano Serrano and Maria Serrano.

IT IS SO ORDERED.

**Dated:   February 3, 2009**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE

U.S. vs. Serrano                    2         Stipulated Application for Order
Case No. 07-0212 AWI