Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant HOMERO SERRANO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>HOMERO SERRANO　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　)<br>_____) | CASE NO. 07-212 AWI<br><br>STIPULATION TO CONTINUE<br>MOTION TO SUPPRESS HEARING,<br>AND ORDER THEREON<br><br><br><br><br>NEW DATE: 09/21/2009<br>TIME:　　 11:00 a.m.<br>JUDGE:　　Anthony W. Ishii |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the Motion to Suppress hearing in the above entitled matter now set previously set for August 31, 2009, may be continued to September 21, 2009 at 11:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

DATED: August 31, 2008        FLETCHER & FOGDERUDE, Inc.

                              /s/ Eric K. Fogderude
                              ERIC K. FOGDERUDE
                              Attorney for Defendant,
                              HOMERRO SERRANO

Dated: August 31, 2009        McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kathleen Servatius

                              Kathleen Servatius
                              Assistant US Attorney

Dated: August 31, 2009         /s/ Woodrow Nichols
                              Woodrow Nicols, Attorney for
                              LUCIANO SERRANO-ROCHA

Dated: August 31, 2009         /s/ Mario DiSalvo
                              Mario DiSalvo, Attorney for
                              ADRIAN CONTRERAS

**ORDER**

   IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B).  For the above stated reasons, the court finds that the ends of justice served by the dely outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the Motion hearing be continued to September 21, 2009 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   September 3, 2009**           **/s/ Anthony W. Ishii**
                                         CHIEF UNITED STATES DISTRICT JUDGE