UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>HOMERO SERRANO,<br><br>　　　　　Defendant | CASE NO. 1:07-CR-00212 AWI-1<br><br>ORDER ON MOTION FOR RECONVEYANCE AND ORDER RECONVEYING PROPERTY TO DEFENDANT<br><br>(Doc. No. 182) |

　　　　On March 29, 2010, Defendant Homero Serrano pled guilty pursuant to a plea agreement to violating 21 U.S.C. § 843, use of a communication facility to facilitate a drug offense. See Doc. Nos. 167, 171. Defendant was sentenced the same day to 37 months in prison and 12 months of supervised release. See Doc. No. 171. Judgment and commitment reflecting the sentence was entered on March 31, 2010. See Doc. No. 173. There is no indication in the record that Defendant failed to serve his term of imprisonment or violated any conditions of his supervised release. In other words, it appears that Defendant fully served his sentence without incident.

　　　　Prior to his sentence, Defendant complied with conditions for his release pending disposition of this matter. One of the conditions of his release was the posting of a property equity bond in the amount of $100,000. See Doc. No. 30. In compliance with the conditions of release, the Court received two certified deeds of trust and original straight notes. See Doc. Nos. 51, 52. The two deeds of trust were numbered 2007-0176674 (Doc. No. 51) and 2007-0176675 (Doc. No. 52). Internal docket notations indicate that the Clerk's office noted receipts for the two deeds of

trust on October 16, 2007.  See Doc. Nos. 58, 59.  Internal docket entries indicate that Deed of Trust number 2007-0176674 was posted by Luciano and Maria Serrano.  See Doc. No. 58.  Internal docket entries indicate that Deed of Trust number 2007-0176675 was posted by Homero Romero Serrano.  See Doc. No. 59.

On February 4, 2009, the Magistrate Judge signed a stipulation that modified the conditions of release.  See Doc. No. 97.  In relevant part, the stipulated order removed the requirement that a $100,000 property bond be posted and ordered that the property bond be exonerated, and the real property reconveyed to Luciano Serrano and Maria Serrano.  See id.

On February 5, 2009, the docket reflects that collateral was returned to Luciano Serrano and Maria Serrano.  See Doc. No. 98.  However, the notation indicates that the only one of the deeds of trust was returned, trust number 2007-0176674.  See id.  There is no indication that the second deed of trust, trust number 2007-0176675, was exonerated and returned the owner.

On June 9, 2020, Defendant filed a motion for reconveyance.  See Doc. No. 182.  Defendant explains that the house that is the subject of 2007-0176675 is the subject of a pending sale, but that a title search has detected the deed of trust that was given to the Court in 2007.  See id.  Defendant represents that the deed of trust in the Court's possession is hindering the sale of the property.  See id.  Defendant also requests that the Court e-mail a copy of any reconveyance order to a Nancy Ochoa at Chicago Title Co. in Fresno, California.

After review, it is appropriate to grant Defendant's request and reconvey Deed of Trust 2007-0176675 and the original straight note.  This case fully terminated a number of years ago.  Moreover, the stipulated order for modification of conditions of release would seem to have mooted the need for both deeds of trust.  See Doc. No. 97.  It appears to the Court that the failure to exonerate and reconvey Deed of Trust number 2007-0176675 was likely an oversite.  In any event, as there is no reason for the Court to retain the deed of trust or any interest in the property that is the subject of the deed of trust, Defendant's motion will be granted.

//

//

//

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for reconveyance (Doc. No. 182) is GRANTED;
2. The real property bond in this case is FULLY EXONERATED;
3. The Clerk shall RECONVEY title to the real property that is the subject of Deed of Trust number 2007-0176675 (Doc. Nos. 52, 59) to Homero Romero Serrano;
4. The Court has no property interest in the property that is the subject of Deed of Trust number 2007-0176675; and
5. The Clerk shall e-mail a copy of this reconveyance order to Nancy Ochoa of the Chicago Title Co. at nancy.ochoa@ctt.com.

IT IS SO ORDERED.

Dated: __June 17, 2020__                    _____
                                                                    SENIOR DISTRICT JUDGE